UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CATHERINE BELLANCA,

                              Plaintiff,

        v.

CAROLYN W. COLVIN, Commissioner of
Social Security,

                              Defendant.

Case No. 3:13-cv-05453-KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS

        Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED.  Plaintiff

does not appear to have funds available to afford the $400.00 Court filing fee.

        DATED this 12th day of June, 2013.

Karen L. Strombom
United States Magistrate Judge

INSERT ORDER TITLE - 1